

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 12/6/2019

**BY ECF**

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**Re:** *United States v. Pinkney, et al.*, **19 Cr. 12 (VSB)**

Dear Judge Broderick,

     On November 29, defendant Jamahl Brenton Whyte filed several pretrial motions. (Dkt. Nos. 168-171.) The Government's response is currently due tomorrow, December 6, 2019. The parties are engaged in discussions that may result in the mooting of the defendant's motions. Accordingly, the Government respectfully requests, with the consent of counsel for Mr. Whyte, that the Government's deadline to reply to the motions be adjourned by approximately one week.

     Respectfully submitted,

     GEOFFREY S. BERMAN
     United States Attorney

By: */s/ Daniel G. Nessim*
     Jarrod L. Schaeffer
     Daniel G. Nessim
     Assistant United States Attorneys
     (212) 637-2270/2486