Dorea Silverman
Attorney at Law
80 Broad Street, Suite 1900
New York, NY 10004

December 13, 2019

APPLICATION GRANTED
SO ORDERED _____
VERNON S. BRODERICK
U.S.D.J. 12/13/2019

By ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Pinkney, et al.*, 19 Cr. 12 (VSB)
       Consent Motion for Extension of Time to File Motions *in limine*

Dear Judge Broderick:

Winston Lee and I represent Jamahl Whyte in the above-referenced matter. We write to respectfully ask the Court to extend Mr. Whyte's time to file motions *in limine*, currently due to be filed today, by one week.  As the government noted in its recent letter motions (Dkt. Nos. 180, 186), the parties are engaged in discussions that may obviate the need for some or all motions.  The government consents to this request.

Respectfully submitted,

/s/ Dorea Silverman
_____

Dorea Silverman
Winston Lee
*Attorneys for Jamahl Whyte*

cc:   Jarrod Schaeffer
       Daniel Nessim
       Assistant United States Attorneys

Tel. 917.863.9905  |  Fax 917.793.3304  |  doreasilvermanlaw@gmail.com